1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Terence J. Cassidy, SBN 099180
   Stephen E. Horan, SBN 125241
3  Nathan W. Austin, SBN 219672
   350 University Avenue, Suite 200
4  Sacramento, California 95825
   (916) 929-1481
5  (916) 927-3706 (fax)

6  Office of County Counsel, County of Butte
   Bruce S. Alpert, County Counsel, SBN 75684
7  25 County Center Drive
   Oroville, CA 95965-3380
8  (530) 538-7621
   (530) 538-6891 (fax)
9
   Attorneys for Defendant,
10 COUNTY OF BUTTE

11
                    **UNITED STATES DISTRICT COURT**
12
                    **EASTERN DISTRICT OF CALIFORNIA**
13

14 JAMES LEE MATHEWS and ROES 1-100,          CASE NO. 2:06-CV-0286-GEB-JFM

15              Plaintiffs,                    **STIPULATION TO DISMISS SECOND
                                               AND THIRD CAUSES OF ACTION IN
16 v.                                          PLAINTIFF'S FIRST AMENDED
                                               COMPLAINT; ORDER THEREON**
17 COUNTY OF BUTTE, DEPUTY
   ENGASSER, LT. FLICKER, LT. HADLEY,
18 SGT. HAYES, SGT. HOVEY, DEPUTY
   MYERS, DEPUTY BROWN, DEPUTY
19 THORNTON, DEPUTY BROWNFIELD, J.
   HANSON, RN, and DOES 10-100, Inclusive,    **Trial Date:        None**
20
                Defendants.
21
   _____/
22
          Defendant, COUNTY OF BUTTE, contends the Second Cause of Action for Violation of
23
   Civil Rights under 42 U.S.C. §1983, claiming denial of rights under the Sixth Amendment, and the
24
   Third Cause of Action for Violation of Civil Rights, claiming denial of rights under the Sixth
25
   Amendment, in Plaintiff's First Amended Complaint are not ripe.  Plaintiff, JAMES LEE
26
   MATHEWS, disputes the COUNTY OF BUTTE's contention.  After meeting and conferring,
27
   Plaintiff's counsel, Ellen C. Dove, and Defendant County of Butte counsel, Stephen E. Horan,
28

1   stipulate to Plaintiff's dismissal without prejudice of those causes of action on the bases set forth

2   herein.

3          Plaintiff reserves the right to move to amend the complaint to add either or both of those

4   causes of action and any of the factual allegations therein into the complaint then operative.  The

5   agreement herein goes to the causes of action asserted and their dismissal is not intended to concede

6   the lack of validity of the factual allegations contained therein.  Plaintiff expects these allegations

7   will be asserted in a writ of habeas corpus proceeding.   County of Butte reserves all rights and

8   defenses to oppose any such amendment.

9          Defense Counsel for Butte County has obtained authority to accept service of the complaint

10  on behalf of the individual defendants employed by Butte County.  In exchange, plaintiff's counsel

11  has agreed to extend the last day for Butte County to file a responsive pleading to July 24, 2006

12

13

Dated: July 7, 2006                    LAW OFFICES OF ELLEN C. DOVE

14

15                                         /s/ Ellen C. Dove

16                                     By _____

17                                         ELLEN C. DOVE
                                           Attorney for Plaintiff,
18                                         JAMES LEE MATHEWS

19
Dated: July 7, 2006                    PORTER, SCOTT, WEIBERG & DELEHANT
20                                     A Professional Corporation

21

22                                         /s/ Nathan W. Austin

23                                     By _____
                                           STEPHEN E. HORAN
24                                         NATHAN W. AUSTIN
                                           BRUCE S. ALPERT
25                                         Attorneys for Defendant,
                                           COUNTY OF BUTTE
26

27

28

**STIPULATION AND ORDER**
**United States Eastern District Court, Case No. 2:06-CV-0286-GEB-JFM**

1

## ORDER

2

3

      The Second and Third Causes of Action of Plaintiff's First Amended Complaint are hereby

4

dismissed without prejudice.

5

      Defendant Butte County shall file a responsive pleading no later than July 24, 2006.

6

7

8   **IT IS SO ORDERED.**

9

Dated:  July 13, 2006

10

11

                                 `/s/ Garland E. Burrell, Jr.`

12          `GARLAND E. BURRELL, JR.`

13          `United States District Judge`

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**
**United States Eastern District Court, Case No. 2:06-CV-0286-GEB-JFM**