1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES MATHEWS, et al.,

11          Plaintiffs,                    No. CIV S-06-0286 GEB JFM P

12          vs.

13   COUNTY OF BUTTE, et al.,

14          Defendants.                    <u>ORDER</u>

15   _____/

16          Plaintiff is a pretrial detainee in Butte County proceeding through counsel with a

17   civil rights action pursuant to 42 U.S.C. § 1983.  On June 26, 2006, plaintiff filed an amended

18   complaint as of right.  <u>See</u> Fed. R. Civ. P. 15.  On July 7, 2006, the parties filed a stipulation for

19   dismissal of the second and third causes of action and giving defendants until July 24, 2006 to

20   file and serve a responsive pleading.  The stipulation was approved by the district court on July

21   13, 2006.

22          On June 27, 2006, plaintiff filed his second motion styled as a motion for a

23   protective order, seeking protective custody during the pendency of ongoing state criminal

24   proceedings against him in Butte County.  The motion is styled as an ex parte motion and has not

25   been served on counsel for defendants.

26   /////

1

1    Finally, on July 17, 2006, plaintiff filed a motion for protective order with a

2  request for order shortening time asking that the motion be heard on July 20, 2006.  Good cause

3  appearing, plaintiff's July 17, 2006 motion will be set on the August 3, 2006 calendar, to be

4  heard with plaintiff's June 27, 2006 motion..

5    After review of the record herein, and good cause appearing, IT IS HEREBY

6  ORDERED that:

7    1.  Counsel for plaintiff shall forthwith serve a copy of the June 27, 2006 motion

8  for protective order and documents filed in support thereof on counsel for defendants and shall

9  notice said motion for hearing on this court's regular law and motion calendar for August 3, 2006

10  at 11:00 a.m. in Courtroom # 25; and

11    2.  On or before July 24, 2006, counsel for defendants shall file and serve a

12  response to plaintiff's motion.

13  DATED: July 18, 2006.

14

15  _____
    UNITED STATES MAGISTRATE JUDGE

16

17  12/001
    math0286.mpi

18

19

20

21

22

23

24

25

26

2