IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MATHEWS,

     Plaintiff,                    2:06-cv-0286-GEB-JFM-P

    vs.

COUNTY OF BUTTE, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff, an individual proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 29, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 29, 2006 are adopted in full; and

2. Plaintiff's June 27, 2006, July 17, 2006, and July 20, 2006 motions for injunctive relief are denied.

Dated: October 23, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge