```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JAMES MATHEWS and Roes 1-100, )
                                  )    2:06-cv-0286-GEB-JFM
12                                )
              Plaintiffs,         )    RELATED CASE ORDER
13                                )
         v.                       )
14                                )
    COUNTY OF BUTTE; DEPUTY       )
15  ENGASSER; LT. BRYAN FLICKER;  )
    LT. HADLEY; SGT. HAYPES; SGT. )
16  HOVEY; DEPUTY MYERS; DEPUTY   )
    BROWN; DEPUTY THORNTON;       )
17  DEPUTY BROWFIELD; J. HANSON,  )
    RN, and DOES 10-100,          )
18                                )
              Defendants.         )
19  _____)
                                  )
20  VICTOR WYATT; MARSHALL K.     )
    MCMURRAY; CHARLES MITCHELL;   )
21  EDGAR M. COLLINS; TERRANCE    )
    HALTIWANGER,                  )    2:06-cv-1003-GEB-DAD
22                                )
              Plaintiff,          )
23                                )
         v.                       )
24                                )
    COUNTY OF BUTTE; DEPUTY       )
25  PATRICK MCNELIS; DEPUTY       )
    WILLIAM OLIVE,                )
26                                )
              Defendants.         )
27  _____)
28
```

1    Examination of the above-entitled actions reveals that
2 assignment to the same magistrate judge is appropriate because the
3 actions are based on similar claims and could entail a substantial
4 duplication of labor if the actions were heard by different magistrate
5 judges.
6    IT IS THEREFORE ORDERED that the action denominated 2:06-cv-
7 1003-GEB-DAD is reassigned to Magistrate Judge John Moulds.  The
8 caption on documents filed in the reassigned case shall show the
9 action number as 2:06-cv-1003-GEB-JFM; the Clerk of Court shall make
10 an appropriate adjustment in the assignment of civil cases to
11 compensate for this reassignment.
12    IT IS SO ORDERED.
13 Dated:  December 27, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2