IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MATHEWS,

      Plaintiff,                    No. CIV S-06-0286 GEB JFM P

      vs.

COUNTY OF BUTTE, et al.,

      Defendants.             ORDER SETTING STATUS CONFERENCE

_____/

      Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 16-240, IT IS HEREBY ORDERED that:

      1.  A Status (Pretrial scheduling) Conference is set for July 26, 2007, at 11:00 a.m. in Courtroom # 26 before the undersigned.

      2.  The parties are not required to submit to the court or serve upon the parties a status report, but counsel shall attend the Status Conference prepared to briefly set out their views on the following matters:

      a. Service of process;

      b. Possible joinder of additional parties;

      c. Any expected or desired amendment of the pleadings;

      d. Jurisdiction and venue;

      e. Anticipated motions and the scheduling thereof;

         f.  Anticipated discovery and the scheduling thereof;

         g.  Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

         h.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

         i.  Whether this matter is to be tried before this court or the district court.  <u>See</u> 28 U.S.C. § 636(c);

         j.  Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of the settlement judge so acting, or whether they prefer to have a Settlement Conference before another judge;

         k.  Any other matters that may add to the just and expeditious disposition of this matter.

      3.  Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (<u>see</u> Local Rule 16-160).

DATED:  June 18, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
math0286.40aty