IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MATHEWS,

        Plaintiff,                            No. CIV S-06-0286 GEB JFM P

    vs.

COUNTY OF BUTTE, et al.,

        Defendants.                 FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's first amended complaint filed June 26, 2006. All defendants named in the complaint except J. Hanson, RN, answered the amended complaint on July 24, 2006. At the status conference held in this case on July 26, 2007, counsel for plaintiff stated in open court that defendant Hanson has not been served with process, and that counsel does not know said defendant's present address for purposes of service.

        Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time;
> . . . .

1 Fed. R. Civ. P. 4(m).  It has been over a year since the amended complaint was filed, well past
2 the 120 day period for service of process set forth in Rule 4(m).  Moreover, it appears from
3 counsel's representations at the July 26, 2007 status conference that no purpose will be served in
4 setting a specific time for service of process on defendant Hanson.

5       Accordingly, IT IS HEREBY RECOMMENDED that defendant Hanson be
6 dismissed from this action pursuant to Fed. R. Civ. P. 4(m).

7       These findings and recommendations are submitted to the United States District
8 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
9 after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties.  Such a document should be captioned
11 "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
12 failure to file objections within the specified time may waive the right to appeal the District
13 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
14 DATED:  August 15, 2007.

UNITED STATES MAGISTRATE JUDGE

12
math0286.4m