IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MATHEWS,

    Plaintiff,                       No. CIV S-06-0286 GEB JFM P

    vs.

COUNTY OF BUTTE, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2007 and July 11, 2007, plaintiff filed two letters <u>in propria persona</u>. The letters have been entered on the docket in this action as documents # 44 and 45. As plaintiff is represented by counsel, the court will take no action on the letters or any requests contained therein. Counsel for plaintiff shall provide her client with a copy of this order.

        IT IS SO ORDERED.

DATED: August 15, 2007.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

12;math0286.o