UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LEE MATHEWS, | ) | 2:06-cv-0286-GEB-JFM |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| COUNTY OF BUTTE; DEPUTY ENGASSER; LT. BRYAN FLICKER; LT. HADLEY; SGT. HAYES; and DEPUTY BROWN, | ) | |
| Defendants. | ) | |

On October 6, 2008, Plaintiff filed a motion to strike Defendants' summary adjudication filing and an ex parte application for an order shortening time. Plaintiff's October 6 motion is based on a stipulation the parties' filed, which was approved only as stated in the Minute Order filed July 7, 2008. Plaintiff's motion to strike and for an order shortening time are denied.

Dated: October 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge