IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MATTHEWS,                         )
                                        )
             Plaintiff,                 )   2:06-cv-00286-GEB-JFM
                                        )
        v.                              )   ORDER GRANTING PLAINTIFF'S
                                        )   APPLICATION TO PROCEED IN
COUNTY OF BUTTE SHERIFF'S DEPT.         )   FORMA PAUPERIS
CALIFORNIA FORENSIC MEDICAL GROUP,      )
PATRICK NARVAIS, LINDA WILMS, RN,       )
DAN BAKER, MD., DONALD R. DURRETT,      )
P.A., and DOES 1-50,                    )
                                        )
             Defendants.                )
_____)

      Pro se Plaintiff filed an Application on January 8, 2009, to proceed in forma pauperis on appeal. Plaintiff's Application to proceed in forma pauperis is granted.

Dated:  December 1, 2009

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge